DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARRYL F. ALLEN,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** As Trustee, In Trust For **THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2004-HE9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-HE9,**
Appellee.

No. 4D22-2224

[April 6, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. 20-019358 CACE11.

Michael L. Buckner of Buckner Legal Self-Help Program, Inc., Coral Springs, for appellant.

Allison Morat of Bitman, O'Brien & Morat, PLLC, Lake Mary, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***